Scottie L. SCOTT, Appellant,

v.

State of IOWA; Aaron K. Hawbaker; Kathryn J. Mahoney; Cory Jon Goldensoph; Black Hawk County, Appellees.

No. 11–1796.

United States Court of Appeals, Eighth Circuit.

Submitted: Oct. 12, 2011.

Filed: Oct. 19, 2011.

Before LOKEN, BYE, and COLLOTON, Circuit Judges.

PER CURIAM.

Iowa inmate Scottie Scott appeals the district court's[1] dismissal of his 42 U.S.C. § 1983 action as barred by *Heck v. Humphrey,* 512 U.S. 477, 114 S.Ct. 2364, 129 L.Ed.2d 383 (1994). Upon de novo review, we conclude dismissal was proper for the

reasons the district court stated, although the dismissal should have been without prejudice, *see Schafer v. Moore,* 46 F.3d 43, 45 (8th Cir.1995) (per curiam). Accordingly, we modify the dismissal to be without prejudice, and we affirm the judgment as modified. *See* 8th Cir. R. 47B.

---

1. The Honorable Edward J. McManus, United States District Judge for the Northern District of Iowa.